2015V01728/SD/sc

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Hon. Esther Salas, U.S.D.J. |
| Plaintiff, | : Civil Action No. 15-4851 (ES) |
| v. | : <u>DEFAULT JUDGEMENT AND FINAL ORDER OF FORFEITURE</u> |
| ONE FULL MOUNTED TAXIDERMIED FEMALE TIGER (*PANTHERA TIGRIS*), | : |
| Defendant *in Rem* | : |

WHEREAS, on or about June 30, 2015, the United States of America (the "United States") commenced a civil action for the forfeiture of one full mounted taxidermied female tiger (*Panthera Tigris*) (the "Defendant Property"), by the filing of a Verified Complaint for Forfeiture *in Rem* (the "Verified Complaint");

WHEREAS, the Verified Complaint alleged that the Defendant Property is subject to forfeiture to the United States pursuant to 16 U.S.C. § 1540(e)(4)(A), as wildlife possessed, sold, purchased, offered for sale or purchase, transported, delivered, received, carried, shipped, or exported in violation of the Endangered Species Act and the regulations promulgated thereunder, and pursuant to 19 U.S.C. § 1595a(c)(2)(B), because its importation or entry requires a license, permit or other authorization of an agency of the United States Government and the Defendant Property was not accompanied by such license, permit, or authorization, to wit, a valid CITES Import Permit, in accordance with 50 C.F.R. 23.20(e);

1

WHEREAS, on or about July 8, 2015, the United States filed a Notice of Verified Complaint for Forfeiture *in Rem* (the "Notice of Complaint");

WHEREAS, the Notice of Complaint stated that any person who wished to assert an interest in and avoid forfeiture of the Defendant Property was required to file a verified claim with the Clerk of the Court within thirty-five (35) days after the date the Notice of Complaint was sent or the date of delivery, if personally served;

WHEREAS, the Notice of Complaint also detailed the procedure for filing a claim and answer;

WHEREAS, the United States learned that Olivier Jaillon appeared to have potential claims to the Defendant Property;

WHEREAS, on or about July 8, 2015, the United States sent copies of the Verified Complaint and the Notice of Complaint by certified mail, return receipt requested, to Mr. Jaillon's attorney, Jeremy Klausner, as required by Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (the "Supplemental Rules");

WHEREAS, copies of the Verified Complaint and the Notice of Complaint were delivered to Jeremy Klausner on or about July 10, 2015;

WHEREAS, the United States posted notice of this forfeiture action on an official government internet site, http://www.forfeiture.gov, beginning on July 15, 2015, and running for thirty consecutive days, through August 13, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules;

WHEREAS, on August 10, 2015, Oliver Jaillon, through his attorney Jeremy Klausner, filed a verified claim to the Defendant Property;

WHEREAS, on January 30, 2017, Olivier Jaillon, through his attorney Jeremy Klausner, withdrew his verified claim to the Defendant Property;

WHEREAS, no other claims or answers were filed or made in this action, no other parties have appeared to contest the action to date, and the statutory time periods in which to do so have expired;

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:

1. THAT a Default Judgment is granted and hereby entered against the Defendant Property, one full mounted taxidermied female tiger (*Panthera Tigris*);

2. THAT all right, title and interest in the Defendant Property is hereby forfeited to the United States for disposition according to law;

3. THAT a Final Order of Forfeiture as to the Defendant Property is hereby entered accordingly; and

4. The clerk of court shall mark this matter closed.

The Clerk is hereby directed to send copies to all counsel of record.

ORDERED this 6th day of April, 2017.

_____
HONORABLE ESTHER SALAS
United States District Judge